IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MATTHEW AARON ESCALANTE,

           Petitioner,

v.                                          CASE NO. 23-3232-JWL

PAUL W. BURMASTER, et al.,

           Respondents.

## MEMORANDUM AND ORDER

This matter is a pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Petitioner Matthew Escalante (Doc. 1), filed October 18, 2023. It comes before the Court on Petitioner's motion to dismiss. (Doc. 3.) The Court has reviewed the motion and finds dismissal is proper under Federal Rule of Civil Procedure 41(a).

**IT IS THEREFORE ORDERED** that Petitioner's motion to dismiss (Doc. 2) is **granted** and this action is **dismissed without prejudice** under Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED.**

DATED: This 20th day of October, 2023, at Kansas City, Kansas.

                                    S/ John W. Lungstrum

                                    JOHN W. LUNGSTRUM
                                    United States District Judge